IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| KINGSPORT CITY SCHOOL SYSTEM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:06-CV-234 |
| | ) |
| J.R., by and through his parents, | ) |
| RONNIE RENTZ and KAREN RENTZ, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the decision of the Administrative Law Judge entered August 8, 2006, is **AFFIRMED**. "Plaintiff's Motion for Judgment on the Administrative Record" [doc. 18] is **DENIED**. This civil action is **DISMISSED**.

**IT IS SO ORDERED**.

ENTER:

　　　　　　　　　　　　　　　　　　　　s/ Leon Jordan
　　　　　　　　　　　　　　　　　　　United States District Judge

ENTERED AS A JUDGMENT
　s/ *Patricia L. McNutt*
　PATRICIA L. McNUTT
　　CLERK OF COURT